IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ETHAN MCROREY, KAYLEE FLORES, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States, and the FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 7:23-cv-00047-O |

## NOTICE OF APPEAL

COME NOW Plaintiffs, Ethan McRorey ("McRorey"), Kaylee Flores ("Flores"), Gun Owners of America, Inc. ("GOA"), and Gun Owners Foundation ("GOF") (collectively "Plaintiffs"), by and through undersigned counsel, and hereby appeal to the United States Court of Appeals for the Fifth Circuit, from the Opinion and Order denying Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and/or Permanent Injunction (ECF No. 30) entered on August 14, 2023.

Respectfully submitted,

Dated: August 14, 2023

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
NDTX#: 102784MS
MS Bar No. 102784
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654

1

(601) 852-3440
E-mail: stephen@sdslaw.us

Brandon W. Barnett
Texas Bar No. 24053088
Barnett Howard & Williams PLLC
930 W. 1st St., Suite 202
Fort Worth, Texas 76102
817-993-9249 (T)
817-697-4388 (F)
E-mail: barnett@bhwlawfirm.com

David G. Browne*
SPIRO & BROWNE, PLC
2400 Old Brick Road
Glen Allen, VA 23060
804-573-9220 (T)
804-836-1855 (F)
E-mail: dbrowne@sblawva.com
*Admitted pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be filed with this Court's CM/ECF system which generated a notice and delivered a copy of this filing to all counsel of record.

Dated: August 14, 2023.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh