

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave. NW, Rm. 7243
Washington, DC 20530

Tel.: (202) 353-8189

VIA CM/ECF

January 19, 2024

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    *McRorey, et al. v. Garland, et al.*, No. 23-10837 (5th Cir.)

Dear Mr. Cayce,

    Pursuant to Federal Rule of Appellate Procedure 28(j), we write to inform the Court that the Fourth Circuit has granted en banc review of the panel's decision in *Maryland Shall Issue, Inc. v. Moore*, which held unconstitutional Maryland's "handgun qualification license" requirement. *See* 86 F.4th 1038 (4th Cir. 2023), *reh'g en banc granted, vacated*, 2024 WL 124290 (4th Cir. Jan. 11, 2024). Plaintiffs rely on *Maryland Shall Issue* in support of their constitutional argument, *see* Reply Br. 15, and the government's brief explains why the panel opinion was incorrect and distinguishable from this case in any event, Resp. Br. 21. As a result of the Fourth Circuit granting en banc review, the panel's opinion is now vacated. *See* Fourth Circuit Local Rule 35(c).

                                          Sincerely,

                                          Michael S. Raab
                                          <u>/s/ Courtney L. Dixon</u>
                                          Courtney L. Dixon
                                          Attorneys, Appellate Staff
                                          Civil Division

cc:    all counsel (by CM/ECF)