

**U.S. Department of Justice**

Civil Division

950 Pennsylvania Ave. NW, Rm. 7243
Washington, DC 20530

Tel.: (202) 353-8189

VIA CM/ECF

January 23, 2024

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    *McRorey, et al. v. Garland, et al.*, No. 23-10837 (5th Cir.)

Dear Mr. Cayce,

    We write in response to plaintiffs' January 19 letter citing the Third Circuit's recent decision in *Lara v. Commissioner Pennsylvania State Police*, No. 21-1839, 2024 WL 189453 (3d Cir. Jan. 18, 2024). *Lara* involved a Second Amendment challenge to state laws that restricted the public carrying of firearms by 18-to-20-year-olds. *See id.* at *1-2. The challenged background-check provisions here, by contrast, do not address firearm possession or use but rather supplement the existing background-check process required by federal law for commercial firearms sales. *See* Resp. Br. 13-17. Thus, even assuming the Second Amendment extends to 18-to-20-year-olds, as the panel majority held in *Lara*, 2024 WL 189453, at *1, 6, that would not aid plaintiffs here. As the government's brief explains, the Second Amendment does not entitle individuals to purchase a firearm instantaneously from a commercial dealer without any regulatory requirements designed to ensure the sale is lawful. Resp. Br. 18-19; *see New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1, 38 n.9 (2022); *District of Columbia v. Heller*, 554 U.S. 570, 626-27 (2008).

    In any event, the panel majority in *Lara* was incorrect, as explained by the dissent. *See* 2024 WL 189453, at *12-18 (Restrepo, J., dissenting). The panel majority dismissed, for example, a "catalogue of statutes" from the 19th century restricting individuals under the age of 21 from purchasing or using firearms. *Id.* at *8 & n.15. But the Supreme Court has recognized that 19th-century evidence is "a critical tool of constitutional interpretation." *Heller*, 554 U.S. at 605.

        Sincerely,

        Michael S. Raab
        /s/ Courtney L. Dixon
        Courtney L. Dixon
        Attorneys, Appellate Staff
        Civil Division

cc:    all counsel (by CM/ECF)