# United States Court of Appeals for the Fifth Circuit

No. 23-10837

United States Court of Appeals
Fifth Circuit
**FILED**
June 24, 2024
Lyle W. Cayce
Clerk

Ethan McRorey; Kaylee Flores;
Gun Owners of America, Incorporated;
Gun Owners Foundation,

*Plaintiffs—Appellants,*

versus

Merrick Garland, *U.S. Attorney General*;
Federal Bureau of Investigation,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:23-CV-47

_____

ON PETITION FOR REHEARING EN BANC

Before Smith, Haynes, and Douglas, *Circuit Judges.*

Per Curiam:

  Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.